UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: §
ABU JAMOUS, MOHD NAZZAL § Case No. 13-33318-KLP
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy M. Terry, Jr., Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: $308,746.00 |
| Total Distributions to Claimants: $35,140.08 | Claims Discharged Without Payment: $554,975.92 |
| Total Expenses of Administration: $41,257.98 | |

3) Total gross receipts of $76,398.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $76,398.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $84,171.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $46,175.78 | $41,257.98 | $41,257.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $328,496.04 | $261,619.96 | $261,619.96 | $35,140.08 |
| **TOTAL DISBURSEMENTS** | $412,667.04 | $307,795.74 | $302,877.94 | $76,398.06 |

4) This case was originally filed under chapter 7 on 06/17/2013. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2017  By: /s/ Roy M. Terry, Jr.
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 1822 Ducatus Drive, Midlothian, VA 23113 | 1110-000 | $76,398.06 |
| **TOTAL GROSS RECEIPTS** | | **$76,398.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Real Advantage, LLC |  | $84,171.00 | NA | NA | $0.00 |
|  | **TOTAL SECURED** |  | **$84,171.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roy M. Terry, Jr. | 2200-000 | NA | $0.00 | $82.20 | $82.20 |
| Sands Anderson PC | 3120-000 | NA | $563.56 | $563.56 | $563.56 |
| Roy M. Terry, Jr. | 2100-000 | NA | $7,069.90 | $7,069.90 | $7,069.90 |
| U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Sands Anderson PC | 3110-000 | NA | $37,500.00 | $32,500.00 | $32,500.00 |
| Texas Capital Bank | 2600-000 | NA | $662.32 | $662.32 | $662.32 |
| UNION BANK | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$46,175.78** | **$41,257.98** | **$41,257.98** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | PORTFOLIO RECOVERY | 7100-000 | NA | $940.92 | $940.92 | $126.38 |
| 00001 | Lorillard Tobacco Co. c/o David | 7100-000 | NA | $260,679.04 | $260,679.04 | $35,013.70 |
| | Capital One | | $703.00 | NA | NA | $0.00 |
| | Clear Channel Communications | | $3,382.00 | NA | NA | $0.00 |
| | Kane & Papa, P.C. | | $12,965.00 | NA | NA | $0.00 |
| | LMK Associates | | $20,000.00 | NA | NA | $0.00 |
| | Lorillard Licensing Company | | NA | NA | NA | $0.00 |
| | Lorillard Tobacco Company | | $260,679.04 | NA | NA | $0.00 |
| | Macys/DSNB | | $487.00 | NA | NA | $0.00 |
| | Sterling Incorporated | | $247.00 | NA | NA | $0.00 |
| | Tobacco Zone Inc. | | $25,000.00 | NA | NA | $0.00 |
| | Versa Finance Company | | $5,033.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $328,496.04 | $261,619.96 | $261,619.96 | $35,140.08 |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 13-33318  
Case Name: ABU JAMOUS, MOHD NAZZAL  
For Period Ending: 08/14/2017  

Judge: Keith L. Phillips  

Trustee Name: Roy M. Terry, Jr.  
Date Filed (f) or Converted (c): 06/17/2013 (f)  
341(a) Meeting Date: 07/26/2013  
Claims Bar Date: 11/10/2015  

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 1822 Ducatus Drive, Midlothian, VA 23113 | 406,700.00 | 19,829.00 | | 76,398.06 | FA |
| 2. | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. | BB&T Bank | 515.00 | 0.00 | | 0.00 | FA |
| 4. | Household appliances, goods, and furnishings ($500 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. | 9mm handgun | 400.00 | 0.00 | | 0.00 | FA |
| 7. | Motech (sole proprietorship) | 1.00 | 0.00 | | 0.00 | FA |
| 8. | 2012 Income Tax Refund ($160 total) | 80.00 | 0.00 | | 0.00 | FA |
| 9. | Desk, computer, printer, file cabinets, office sup | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. | 2 Dogs | 50.00 | 0.00 | | 0.00 | FA |
| 11. | Lawn Care Equipment | 250.00 | 0.00 | | 0.00 | FA |
| | | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | | 412,746.00 | 19,829.00 | | 76,398.06 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**January 28, 2016** - Avoidance action filed which appears to be resolved through judicial mediation and subsequent negotiation. Counsel is currently drafting settlement agreement. Debtor obtaining discharge was an issue in the mediation, but has been resolved. UST filed complaint to deny discharge and debtor has reportedly agreed to waive.

**July 27, 2016** - Have a court-approved settlement of avoidance claim with initial funds paid. Case will remain open until balloon date under the approved agreement.

**10/11/16 - Working to get Lis Pendens released/**

UST Form 101-7-TDR (10/1/2010) (Page 5)    Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No: 13-33318 | Judge: Keith L. Phillips |  Trustee Name: Roy M. Terry, Jr. |
| Case Name: ABU JAMOUS, MOHD NAZZAL | | Date Filed (f) or Converted (c): 06/17/2013 (f) |
| | | 341(a) Meeting Date: 07/26/2013 |
| For Period Ending: 08/14/2017 | | Claims Bar Date: 11/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

12/14/16 - Need to ensure Lis Pendens released; Trustee reviewing case for submission of TFR; final fee applications need to be filed; and final claims review.

January 7, 2017 - Deed of Trust has been paid off and certificate of satisfaction filed and Lis Pendens released. All assets liquidated. Ready for final review of case (final review of claims, fee applications filed, reports of sale filed) and all matters complete; then TFR will be prepared. Estimate TFR to be submitted on or before 3/31/17.

3/20/17 - Awaiting on final fee application from Sands Anderson. It will be filed with TFR/NFR. Once received and reviewed by Trustee, the TFR will be prepared.

3/21/17 - TFR submitted to UST; awaiting approval

May 3, 2017--Counsel's fees approved at $32,500 per agreement with the UST. Order to be prepared and submitted. The discounted fee award now requires an amended TFR, which Dobby will prepare.

5/4/17 - Updated TFR forwarded to UST and they filed it with the Court on 5/4/17. The notice of the TFR was filed on 5/5/17. Awaiting for objection period to run and the COD to be entered by the Court.

5/19/17 - Trustee's review of cases completed: Objection period for TFR/NFR expires 5/26/17. If no objections, Court will enter order authorizing distribution of funds.

6/7/17 - Disbursement checks prepared; follow ups calendared

6/30/17 - Monitoring status of disbursement checks clearing the bank
7/6/17 - Follow up with accounting department at Conway's office regarding outstanding check.

7/20/17 - All distribution checks cleared; proceeding with TDR

Initial Projected Date of Final Report(TFR) : 12/31/2016     Current Projected Date of Final Report(TFR) : 04/03/2017

| | | |
|---|---|---|
| Trustee's Signature | /s/Roy M. Terry, Jr. | Date: 08/14/2017 |
| | Roy M. Terry, Jr. | |
| | P.O. Box 2188 | |
| | Richmond, VA 23218-2188 | |
| | Phone : (804) 783-7269 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-33318 | Trustee Name: Roy M. Terry, Jr. |
| Case Name: ABU JAMOUS, MOHD NAZZAL | Bank Name: Union Bank |
| | Account Number/CD#: ******4848 Checking Account |
| Taxpayer ID No: **-***8874 | Blanket bond (per case limit): 3,000,000.00 |
| For Period Ending: 8/14/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/28/2016 | [1] | Tobacco Zone Inc Business Account | Proceeds Settlement on Real Estate pursuant to Court Order entered on 4/8/2016 | 1110-000 | 5,000.00 | | 5,000.00 |
| 06/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,985.00 |
| 07/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,970.00 |
| 08/09/2016 | | Texas Capital Bank | Transfer of funds | 9999-000 | | 4,970.00 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 5,000.00 | 5,000.00 |
| **COLUMN TOTALS** | 5,000.00 | 5,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 4,970.00 |
| **SUBTOTALS** | 5,000.00 | 30.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 5,000.00 | 30.00 |

UST Form 101-7-TDR (10/1/2010) (Page 7)     **Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-33318 | Trustee Name: | Roy M. Terry, Jr. |
|---|---|---|---|
| Case Name: | ABU JAMOUS, MOHD NAZZAL | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******6045 Checking Account |
| Taxpayer ID No: | **-***8874 | Blanket bond (per case limit): | 3,000,000.00 |
| For Period Ending: | 8/14/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/09/2016 | | Union Bank | Transfer of funds | 9999-000 | 4,970.00 | | 4,970.00 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 24.46 | 4,945.54 |
| 09/14/2016 | [1] | dankos, gordon & tucker, p.c. 1380 E. Parham Rd., Suite 200 richmond, VA 23228 | completion of Settlement agreement and satisfaction of deed of trust note, with proceeds coming from sale of debtor's residence pursuant to Court Order entered on 4/8/2016 | 1110-000 | 71,398.06 | | 76,343.60 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 106.68 | 76,236.92 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 106.53 | 76,130.39 |
| 12/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 106.38 | 76,024.01 |
| | | | | Page Subtotals | 76,368.06 | 344.05 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-33318  
Case Name: ABU JAMOUS, MOHD NAZZAL  
Taxpayer ID No: **-***8874  
For Period Ending: 8/14/2017  

Trustee Name: Roy M. Terry, Jr.  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******6045 Checking Account  
Blanket bond (per case limit): 3,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 106.24 | 75,917.77 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 106.09 | 75,811.68 |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 105.94 | 75,705.74 |
| 06/06/2017 | 52001 | Roy M. Terry, Jr.<br>1111 East Main Street<br>Suite 2400<br>Richmond, VA 23218 | Trustee's Compensation | 2100-000 | | 7,069.90 | 68,635.84 |
| 06/06/2017 | 52002 | Roy M. Terry, Jr.<br>P.O. Box 2188<br>Richmond, VA 23218-2188 | Trustee Expenses | 2200-000 | | 82.20 | 68,553.64 |
| 06/06/2017 | 52003 | U.S. Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 | Court Costs | 2700-000 | | 350.00 | 68,203.64 |
| | | | Page Subtotals | | 0.00 | 7,820.37 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-33318 | Trustee Name: Roy M. Terry, Jr. |
| Case Name: ABU JAMOUS, MOHD NAZZAL | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******6045 Checking Account |
| Taxpayer ID No: **-***8874 | Blanket bond (per case limit): 3,000,000.00 |
| For Period Ending: 8/14/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/06/2017 | 52004 | Sands Anderson PC<br>P.O. Box 1998<br>Richmond, VA 23218-1998 | Trustee Representation - Compensation pursuant to Order entered 5/16/17 | 3110-000 | | 32,500.00 | 35,703.64 |
| 06/06/2017 | 52005 | Sands Anderson PC<br>P.O. Box 1998<br>Richmond, VA 23218-1998 | Trustee Representation - Expenses pursuant to Order entered 5/16/17 | 3120-000 | | 563.56 | 35,140.08 |
| 06/06/2017 | 52006 | Lorillard Tobacco Co. c/o David H. Conway, Esq.<br>101 S Tryon St Ste 2200<br>Charlotte, NC 28280 | Disb of 13.43% to Claim #00001 | 7100-000 | | 35,013.70 | 126.38 |
| 06/06/2017 | 52007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br>NORFOLK , VA 23541 | Disb of 13.43% to Claim #00002 | 7100-000 | | 126.38 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 68,203.64 |
| **COLUMN TOTALS** | 76,368.06 | 76,368.06 |
| Less:Bank Transfer/CD's | 4,970.00 | 0.00 |
| **SUBTOTALS** | 71,398.06 | 76,368.06 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 71,398.06 | 76,368.06 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-33318
Case Name: ABU JAMOUS, MOHD NAZZAL
Taxpayer ID No: **-***8874
For Period Ending: 8/14/2017

Trustee Name: Roy M. Terry, Jr.
Bank Name: Texas Capital Bank
Account Number/CD#: ******6045 Checking Account
Blanket bond (per case limit): 3,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 76,398.06 | |
| All Accounts Gross Disbursements: | 76,398.06 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******4848 Checking Account | 5,000.00 | 30.00 | |
| ******6045 Checking Account | 71,398.06 | 76,368.06 | |
| **Net Totals** | 76,398.06 | 76,398.06 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 11)

**Exhibit 9**